| | |
|---|---|
| 1 | ROBERT H. ROTSTEIN (SBN 72452) |
| | rxr@msk.com |
| 2 | ELAINE K. KIM (SBN 242066) |
| | ekk@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 4 | Los Angeles, CA  90064-1683 |
| | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |
| 6 | Attorneys for Plaintiffs and |
| | Counter-Defendants, MGM Television |
| 7 | Entertainment Inc., Orion Pictures |
| | Corporation, PFE Library Acquisition |
| 8 | Company, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGM TELEVISION ENTERTAINMENT INC.; ORION PICTURES CORPORATION; PFE LIBRARY ACQUISITION COMPANY, INC., | CASE NO. 2:16-cv-8775 TJH KS |
| Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE AND DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE** |
| v. | |
| EARL M. RAUCH (A/K/A EARL MAC RAUCH); WALTER D. RICHTER, | Honorable Terry J. Hatter, Jr. |
| Defendants. | Date:       N/A<br>Time:      N/A<br>Courtroom: 9B,<br>         First Street Courthouse |
| EARL M. RAUCH (A/K/A EARL MAC RAUCH); WALTER D. RICHTER, | |
| Counter-Claimants, | |
| v. | |
| MGM TELEVISION ENTERTAINMENT INC.; ORION PICTURES CORPORATION; PFE LIBRARY ACQUISITION COMPANY, INC., | |
| Counter-Defendants. | |

1

**JOINT STIPULATION FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE AND DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE**

# JOINT STIPULATION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs/Counter-Defendants MGM Television Entertainment Inc., Orion Pictures Corporation, PFE Library Acquisition Company, Inc. ("Plaintiffs"), on the one hand, and Defendants/Counter-Claimants Plaintiffs Earl M. Rauch and Walter D. Richter ("Defendants") (collectively, the "Parties" or individually, a "Party"), on the other hand, hereby stipulate, through their undersigned counsel, as follows:

(1) Plaintiffs' operative Complaint (Dkt. 1), and all claims therein, are hereby DISMISSED WITHOUT PREJUDICE.

(2) Defendants' operative Corrected Counterclaims (Dkt. 21), and all counterclaims therein, are hereby DISMISSED WITH PREJUDICE.

No Party shall file any motion for attorney's fees or costs in this action.

The filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: March 13, 2018          MITCHELL SILBERBERG & KNUPP LLP


                               By: /s/ Robert H. Rotstein
                                   Robert H. Rotstein
                                   Elaine K. Kim
                                   Attorneys for Plaintiffs/Counter-
                                   Defendants MGM Television
                                   Entertainment Inc., Orion Pictures
                                   Corporation, PFE Library Acquisition
                                   Company, Inc.

DATED: March 13, 2018          PILLSBURY WINTHROP SHAW PITTMAN LLP


                               By: /s/ Kenneth E. Keller
                                   Kenneth E. Keller
                                   Attorneys for Defendants/Counter-
                                   Claimants Earl M. Rauch and
                                   Walter D. Richter

**JOINT STIPULATION FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE AND DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE**